IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RYAN VANDERSTELT, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br><br> Defendants. | Case No. 1:22-cv-5 <br><br> HON. PAUL L. MALONEY <br> U.S. District Court Judge |

## ORDER

Upon consideration of Defendants' Unopposed Motion to Stay and the accompanying brief, the Court hereby GRANTS the motion. All deadlines in this case are hereby STAYED pending further order of the Court. The parties are to file a joint status report detailing the status of this matter no later than 14 days after resolution of the pending appeal in *Georgia v. Biden* by the Eleventh Circuit Court of Appeals.

SO ORDERED.

Dated:  April 5, 2022

_/s/ Paul L. Maloney_____
Paul L. Maloney
United States District Judge