# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| RYAN VANDERSTELT, *et al.*,<br><br>   Plaintiffs,<br>   v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>   Defendants. | Case No. 1:22-cv-5<br><br>HON. PAUL L. MALONEY<br>U.S. District Court Judge<br><br>HON. RAY KENT<br>U.S. Magistrate Judge |

## DEFENDANTS' MOTION TO DISMISS

Defendants move to dismiss Plaintiffs' Complaint for Declaratory and Injunctive, and Other Relief, ECF No. 1, under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction. The grounds for this motion are set forth in the accompanying Brief in Support of Defendants' Motion to Dismiss.

Dated: July 12, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
MADELINE M. MCMAHON
D.C. Bar No. 1720813
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*