UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RYAN VANDERSTELT, *et al.*, <br> Plaintiffs, <br> -v- <br> JOSEPH R. BIDEN, *et al.*, <br> Defendants. | No. 1:22-cv-5 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court granted a motion to dismiss which covers all claims raised in this lawsuit.

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    October 20, 2023                            /s/  Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge